IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kalamaris, Pete J

Printed: 9/23/08

Case Number: 08 B 17497
Judge: Wedoff, Eugene R
Filed: 7/8/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 11 Conversion: September 18, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---|
| 1. | GMAC Auto Financing | Secured | 0.00 | 0.00 |
| 2. | Discover Financial Services | Unsecured | 342.55 | 0.00 |
| 3. | Daniel Levin | Unsecured | 743.41 | 0.00 |
| 4. | Sprint Nextel | Unsecured | 118.69 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 1,009.07 | 0.00 |
| 6. | Ford Motor Credit Corporation | Unsecured | 863.36 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 32.46 | 0.00 |
| 8. | Advanced Data Systems | Unsecured | 724.13 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 921.16 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 10.62 | 0.00 |
| 11. | Inland Commercial Property Mgmt Inc | Secured |  | No Claim Filed |
| 12. | Empire Cooler Service | Secured |  | No Claim Filed |
| 13. | GMAC Auto Financing | Unsecured |  | No Claim Filed |
| 14. | Inland Commercial Property Mgmt Inc | Unsecured |  | No Claim Filed |
| 15. | Empire Cooler Service | Unsecured |  | No Claim Filed |
| 16. | American Express | Unsecured |  | No Claim Filed |
| 17. | American Express | Unsecured |  | No Claim Filed |
| 18. | Fidelity | Unsecured |  | No Claim Filed |
| 19. | BMW Financial Services | Unsecured |  | No Claim Filed |
| 20. | Capital One | Unsecured |  | No Claim Filed |
| 21. | Baron's Creditor Svc | Unsecured |  | No Claim Filed |
| 22. | Chase Bank | Unsecured |  | No Claim Filed |
| 23. | Chase | Unsecured |  | No Claim Filed |
| 24. | Citibank | Unsecured |  | No Claim Filed |
| 25. | Chase | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Kalamaris, Pete J | | Case Number: 08 B 17497 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 9/23/08 | | Filed: 7/8/08 |

| | | | |
|---|---|---|---|
| 26. | Citibank | Unsecured | No Claim Filed |
| 27. | Chase | Unsecured | No Claim Filed |
| 28. | Discover Financial Services | Unsecured | No Claim Filed |
| 29. | Global Payments | Unsecured | No Claim Filed |
| 30. | Nicor Gas | Unsecured | No Claim Filed |
| 31. | HSBC | Unsecured | No Claim Filed |
| 32. | Sallie Mae | Unsecured | No Claim Filed |
| 33. | Porsche Financial | Unsecured | No Claim Filed |
| 34. | Sears / Citibank SD | Unsecured | No Claim Filed |
| 35. | Nicor Gas | Unsecured | No Claim Filed |
| 36. | Pro Com Service | Unsecured | No Claim Filed |
| 37. | Velocity Investment LLC | Unsecured | No Claim Filed |
| 38. | Global Payments | Unsecured | No Claim Filed |
| 39. | GEMB | Unsecured | No Claim Filed |
| 40. | UNVL/CITI | Unsecured | No Claim Filed |
| 41. | World Financial Network Nat'l | Unsecured | No Claim Filed |
| 42. | US Bank | Unsecured | No Claim Filed |
| 43. | Sallie Mae | Unsecured | No Claim Filed |
| 44. | VW Credit | Unsecured | No Claim Filed |
| 45. | Verizon Wireless | Unsecured | No Claim Filed |
| 46. | Weichert Corporate | Unsecured | No Claim Filed |

$ 4,765.45             $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate             Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

